UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leslie Aaron McKeithan**                                    **Docket No. 5:12-CR-237-1D**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leslie Aaron McKeithan, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(l) and 18 U.S.C. § 924(a)(2) , was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 6, 2013, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On August 27, 2021, the defendant appeared before the Honorable James C. Dever III, U.S. District Judge, for a Revocation Hearing for his continued drug use. The defendant's term of supervised release was revoked and he was sentenced to 1 day of incarceration. Leslie Aaron McKeithan was released from custody on August 28, 2021, at which time the term of supervised release was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 27, 2021, the defendant appeared before the court for a revocation hearing. The defendant was sentenced to 1 day of incarceration and his term of supervised release was continued. The defendant did not have substance abuse treatment or mental health treatment special conditions included in the original revocation order. This officer is requesting that the defendant's new term of supervised release include substance abuse treatment and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Eddie J. Smith                              /s/ Michael Torres
Eddie J. Smith                                  Michael Torres
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2534
                                                Executed On: October 21, 2021

**Leslie Aaron McKeithan**
**Docket No. 5:12-CR-237-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___**2 l**___ day of ___*October*___ ___, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge