UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leslie Aaron McKeithan**　　　　　　　　　　　　　　**Docket No. 5:12-CR-237-1D**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leslie Aaron McKeithan, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 6, 2013, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On August 27, 2021, the defendant appeared before the Honorable James C. Dever III, U.S. District Judge, for a Revocation Hearing for his continued drug use. The defendant's term of supervised release was revoked, and he was sentenced to 1 day of incarceration. Leslie Aaron McKeithan was released from custody on August 28, 2021, at which time the term of supervised release was continued.

On October 21, 2021, a motion to modify the defendant's supervision was submitted to the court as the defendant did not have substance abuse treatment or mental health treatment special conditions included in the original revocation order dated August 28, 2021. This officer requested that the defendant's new term of supervised release include substance abuse treatment and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

On October 28, 2021, a violation report to the court as the defendant submitted a drug screen that positive for cocaine on October 20, 2021. The defendant was verbally reprimanded for his behavior. The court agreed to continue the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 22, 2021, the laboratory reported that the defendant submitted a positive drug screen for cocaine and marijuana on November 9, 2021. As a punitive sanction for his drug use, we are recommending that the conditions be made to include 30 days curfew restriction with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to the residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Leslie Aaron McKeithan
Docket No. 5:12-CR-237-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: November 24, 2021

## ORDER OF THE COURT

Considered and ordered this __30__ day of __November__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge